UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

KNOWLEDGEAZ, INC.,     )
            )
     Plaintiff,    )
            )
   vs.       )   1:05-cv-1019-DFH-TAB
            )
JIM WALTER RESOURCES, INC., et al., )
            )
     Defendants.   )

## **ORDER**

This cause is before the Court on Plaintiff KnowledgeAZ, Inc.'s contested motion for enlargement of time to respond to motion to dismiss.  [Docket No. 90.]  Plaintiff's motion, placed in proper context, reveals that it is Plaintiff's third motion for additional time to respond to Defendants Jim Walter Resources and Guy Hensley's motion to dismiss filed on October 19, 2005.  [Docket No. 47.]  Given that the underlying motion to dismiss has been pending in excess of six months, it is hard to fathom how much more time Plaintiff might need to respond.  Plaintiff's motion doesn't really say, in that it open-endedly requests "thirty (30) days following the date JWR provides complete responses to discovery...."  [Docket No. 90, p. 4.]

Although the parties' briefs disagree on several matters, the core of the dispute is Plaintiff's contention that it needs more time to conduct jurisdictional discovery, particularly in light of purportedly incomplete responses provided by these Defendants.  The Court will not rehash all of the key facts here.  However, the Magistrate Judge is quite familiar with the situation at hand, having met with counsel on three occasions, including a discovery hearing.  [Docket Nos. 55, 66, 77.]  As accurately detailed in Defendants' response [Docket No. 94, p. 1-

2], the Plaintiff's snail-like approach to discovery has resulted in unnecessary delay.  While

Defendants' amended answer to Interrogatory No. 15 supports, to a limited degree, Plaintiff's

contention that Defendants' discovery responses have not been entirely complete, the record also

reveals that the Defendants have produced approximately 1,230 pages of documents in response

to Plaintiff's jurisdictionally based discovery requests.  [Docket No.  94, pp. 5-6.]

On balance, the Court finds that the time is near for Plaintiff's response to Defendants'

long-pending motion to dismiss.  The Court will permit an additional, brief enlargement of time

to permit the parties to work out any remaining discovery issues, and to provide Plaintiff time to

file its response brief.  Accordingly, Plaintiff's motion is granted in part and denied in part.

Plaintiff shall respond to the pending motion to dismiss by May 10, 2006.  The Court does not

anticipate further enlargements of this deadline.

Dated:  04/27/2006

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

2

Copies to:

Reynolds B. Brissenden
KROGER GARDIS & REGAS
rbb@kgrlaw.com

Kandi Kilkelly Hidde
BINGHAM MCHALE
khidde@binghammchale.com

James A. Knauer
KROGER GARDIS & REGAS, LLP
jak@kgrlaw.com

John T L Koenig
BARNES & THORNBURG LLP
jkoenig@btlaw.com

John R. Maley
BARNES & THORNBURG
jmaley@btlaw.com

Rafael A. Sanchez
BINGHAM MCHALE
rsanchez@binghammchale.com

Daniel Maddox
13550 Uhl Lane NW
Palmyra, IN 47164