UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KNOWLEDGEAZ, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JIM WALTER RESOURCES, INC., GUY )<br>HENSLEY, JAMES BEASLEY, DENNIS )<br>SEIPEL, DANIEL MADDOX, NICKELLIE, )<br>LLC and ACTION AUTHORITY, LLC, )<br>)<br>Defendants. ) | CASE NO. 1:05-cv-1019-DFH-TAB |

FINAL JUDGMENT ON CLAIMS AGAINST JAMES BEASLEY

The court having this day dismissed all claims of plaintiff KnowledgeAZ, Inc. against defendant James Beasley, and the court having found pursuant to Rule 54(b) of the Federal Rules of Civil Procedure that there is no just reason to delay entry of partial final judgment, it is hereby ORDERED, ADJUDGED AND DECREED that plaintiff KnowledgeAZ, Inc. take nothing by its complaint against James Beasley and that all claims against James Beasley are DISMISSED WITH PREJUDICE.

Date: September 1, 2006

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Copies to:

Reynolds B. Brissenden
KROGER GARDIS & REGAS
rbb@kgrlaw.com

Kandi Kilkelly Hidde
BINGHAM MCHALE
khidde@binghammchale.com

James A. Knauer
KROGER GARDIS & REGAS, LLP
jak@kgrlaw.com

John T L Koenig
BARNES & THORNBURG LLP
jkoenig@btlaw.com

John R. Maley
BARNES & THORNBURG
jmaley@btlaw.com

Rafael A. Sanchez
BINGHAM MCHALE
rsanchez@binghammchale.com

DANIEL MADDOX
13550 Uhl Lane NW
Palmyra, IN 47164