UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| KNOWLEDGEAZ, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-1019- RLY-WTL |
| | ) | |
| JIM WALTER RESOURCES, INC., GUY | ) | |
| HENSLEY, DENNIS SEIPEL, DANIEL | ) | |
| MADDOX, NICKELLIE, LLC and | ) | |
| ACTION AUTHORITY, LLC, | ) | |
| Defendants. | ) | |

**ORDER DENYING MOTION FOR DEFAULT DAMAGES
WITH LEAVE TO REFILE**

Pursuant to the court's direction, a default was entered by the Clerk against

Defendant, Nickellie, LLC, on September 8, 2006.  Plaintiff, Knowlegeaz, Inc., filed a

Motion For Default Judgment Damages (Docket # 215), wherein it sought to prove its

damages against Nickellie, LLC.  Initially, a hearing date was set for August 17, 2007.

However, on August 8, 2007, Nickellie's codefendants moved to vacate the August 17,

2007, damages hearing on the grounds that determining Nickellie's damages before

determining the remaining Defendants' liability was premature.  Noting that the

codefendants could be held jointly and severally liable, this court agreed that it would be

premature to determine the default damages issue until the codefendants' liability was

determined and vacated the damages hearing in an order dated August 16, 2007.   At that

time the court left Plaintiff's motion for default damages pending, but there has been no

quick resolution to this lawsuit and it continues down its litigation path.

There is no need to clog the docket with a motion that has no current relevance to the litigation.  Accordingly, Plaintiff's Motion For Default Judgment Damages (Docket  # 215) is **DENIED**, with leave to refile the same following a determination of the issue of the liability of all the codefendants.

**IT IS SO ORDERED,** this 8th day of February 2008.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Kevin M. Boyle
OVERHAUSER LAW OFFICE
kboyle@overhauser.com

Jason L. Fulk
HOOVER HULL LLP
jfulk@hooverhull.com

Kandi Kilkelly Hidde
BINGHAM MCHALE LLP
khidde@binghammchale.com

John T L Koenig
BARNES & THORNBURG LLP
jkoenig@btlaw.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES
poverhauser@overhauser.com

Rafael A. Sanchez
BINGHAM MCHALE LLP
rsanchez@binghammchale.com

Dennis Scott Schell
OVERHAUSER LAW OFFICE
dschell@overhauser.com

Stephen Lewis Vaughan
INDIANO VAUGHAN LLP
steve@iplawindiana.com

DANIEL MADDOX
13550 Uhl Lane NW
Palmyra, IN 47164